**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6220

SZUNA S. MAYENGO,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Department of
Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CA-01-1597-AM)

Submitted: April 25, 2002          Decided: May 8, 2002

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Szuna S. Mayengo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Szuna S. Mayengo appeals the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition as untimely filed. We have reviewed the record, the district court's opinion, and Mayengo's informal appellate brief. Because Mayengo failed to challenge on appeal the basis for the district court's ruling, he has not preserved this issue for our review. 4th Cir. R. 34(b). In any event, it is clear that the district court correctly found Mayengo's § 2254 petition untimely. Accordingly, we deny Mayengo's motions to proceed in forma pauperis and for a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>